### James A. Cook *v.* Bradford F. Cantrill.

Trial—Conflicting Evidence—Preponderance—Second Verdict.

Although conflicting evidence may, when carefully scrutinized, preponderate against it, a second verdict will not be set aside on that account.

APPEAL FROM CALDWELL CIRCUIT COURT.

January 11, 1871.

Opinion of the Court by Judge Robertson:

Even though the intrinsic probabilities, deducible from the conflicting evidence, may, when carefully scrutinized, preponderate against the verdict, yet there is some strong testimony to sustain it.

In such a case, whatever we might have done as jurors, we cannot consistently or safely set aside the second verdict for the appellee by a jury acquainted with the parties and the witnesses.
Wherefore the judgment is *affirmed*.

*Marble, for appellant.*

*Hewlett, for appellee.*